UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT CIRCUIT

UNITED STATES OF AMERICA    :

v.    :   Record No. 14-4350

EUGENE ASOMANI WILLIAMS    :

SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE APPELLANT'S BRIEF

Appellant Eugene Williams, by and through counsel, Mary E. Davis, moves this Honorable Court for an extension of time in which to file his brief. In support, he states the following.

1. Appellant's brief and appendix are due on August 18, 2014.

2. Counsel has reviewed the record in this case and has written to Mr. Williams concerning his appeal and how he wishes to proceed. Counsel has not yet received a response from Appellant, but expects a response soon. It is requested, therefore, that this Honorable Court grant an extension until September 8, 2014.

3. Michael Ben'Ary, Assistant United States Attorney, does not oppose this request.

WHEREFORE, Appellant respectfully moves this Court to grant his request.

Respectfully submitted,

/s/_____
Mary E. Davis
Counsel for Mr. Williams

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, D.C. 20004
202-234-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of this motion was served upon Michael P. Ben'Ary AUSA, via the Court's CM/ECF System on this 12th day of August 2014.

/s/_____
Mary E. Davis